## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

P.S. PRODUCTS, INC. and                                                       PLAINTIFFS
BILLY PENNNGTON, Individually

vs.                                        NO. 4:15-CV-538-BSM

AMAZON.COM, INC.;                                                             DEFENDANTS
AMAZON TECHNOLOGIES, INC.;
TANSOREN;
SZROSE;
TOPLIMIT; and
CCC INTERNATIONAL, CO. LTD.

### CORPORATE DISCLOSURE STATEMENT OF SEPARATE DEFENDANTS
### AMAZON.COM, INC. AND AMAZON TECHNOLOGIES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendants Amazon.com, Inc. and Amazon Technologies, Inc., state the following:

Amazon Technologies, Inc. is owned directly or indirectly by Amazon.com, Inc.

Amazon.com, Inc., is a publicly held company. No parent corporation or publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

                        Respectfully submitted,

                        Laser Law Firm, P.A.
                        101 S. Spring Street, Suite 300
                        Little Rock, AR 72201-2488
                        (501) 376-2981
                        Attorney for Amazon.Com, Inc. and
                        Amazon Technologies, Inc.


                        By:  /s/ Keith M. McPherson
                             Keith M. McPherson (#91194)
                             kmcpherson@laserlaw.com

## CERTIFICATE OF SERVICE

      I, Keith M. McPherson, certify that on the 16th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Via Email:  arklaw@comcast.net

Mr. Chris H. Stewart
Stewart Law Firm
904 Garland St.
Little Rock, AR 72201

    /s/ Keith M. McPherson
    Keith M. McPherson (#91194)
    Attorney for Amazon.Com, Inc. and
    Amazon Technologies, Inc.
    Laser Law Firm, P.A.
    101 S. Spring Street, Suite 300
    Little Rock, AR 72201
    (501) 376-2981
    kmcpherson@laserlaw.com