## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

P S PRODUCTS, INC., et al.                                                                   PLAINTIFF(S)

v.                               CASE NO.   4:15cv00538 BSM

AMAZON.COM, INC., et al.                                                                DEFENDANT(S)

## INITIAL SCHEDULING ORDER

An appearance was entered by defendant(s) on **September 16, 2015**.

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

    **1.  RULE 26(f) CONFERENCE DEADLINE**:       **November 24, 2015**.

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

    **2.  RULE 26(f) REPORT DUE DATE:**          **December 8, 2015**.

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court.

    **3.  PROPOSED TRIAL DATE:**                **November 14, 2016**.

The case will be scheduled for **JURY TRIAL** before Judge Brian S. Miller commencing at **9:30 a.m.** sometime during the week as set forth above in **Little Rock**, **Arkansas.**  Counsel are directed to state in the Rule 26(f) Report whether they agree to a six (6) member jury. If the parties do not agree, the case will be tried to a twelve (12) member jury.

    **4.  RULE (16b) CONFERENCE:**   Will be scheduled, if necessary.

A telephone conference will be scheduled within one week of the filing of the Rule 26(f) Report, if necessary as determined by the Court, to resolve any conflicts among the parties with the proposed trial date and deadlines, mandatory disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference will be unnecessary.

DATED:   September 17, 2015

                                       AT THE DIRECTION OF THE COURT
                                       JAMES W. McCORMACK, CLERK

                                       By:  /s/ *Betty Tyree*
                                           Deputy Clerk
                                           501.604.5404